No. 11-6949. Antoine C. Buchanan, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.

565 U.S. 1097, 132 S. Ct. 854, 181 L. Ed. 2d 557, 2011 U.S. LEXIS 8891.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6950. Dwayne Berry, Petitioner v. Steve Rivard, Warden.

565 U.S. 1097, 132 S. Ct. 854, 181 L. Ed. 2d 557, 2011 U.S. LEXIS 8982.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-6975. Danny Allen Westbrook, Petitioner v. Mississippi.

565 U.S. 1097, 132 S. Ct. 854, 181 L. Ed. 2d 557, 2011 U.S. LEXIS 8940.

December 12, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

No. 11-6995. Curtis M. John-Charles, Petitioner v. California.

565 U.S. 1097, 132 S. Ct. 855, 181 L. Ed. 2d 557, 2011 U.S. LEXIS 8845.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 646 F.3d 1243.

No. 11-7006. Ruben Alvino Cano, Petitioner v. Alton D. Caskey, et al.

565 U.S. 1097, 132 S. Ct. 855, 181 L. Ed. 2d 557, 2011 U.S. LEXIS 8869.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 381.

No. 11-7019. Thomas Von Ryburn, Petitioner v. Anthony Ramos, Warden.

565 U.S. 1097, 132 S. Ct. 855, 181 L. Ed. 2d 557, 2011 U.S. LEXIS 8900.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-7058. James Henry Rogers, Petitioner v. Alvin W. Keller, Secretary, North Carolina Department of Correction.

565 U.S. 1097, 132 S. Ct. 856, 181 L. Ed. 2d 557, 2011 U.S. LEXIS 8951.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 237.

No. 11-7073. Hans Thomas, Petitioner v. Nick J. Ludwick, Warden.

565 U.S. 1097, 132 S. Ct. 856, 181 L. Ed. 2d 557, 2011 U.S. LEXIS 8984.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.